IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**STATE FARM MUTUAL AUTOMOBILE INS CO,**
**as a subrogee of BROWN REBECCA**                                             **PLAINTIFF**

v.                                         CIVIL CASE NO. 2:23-cv-101-HSO-BWR

**LANCE A. POIRIER**                                                                    **DEFENDANT**

## NOTICE OF REMOVAL

**To the United States District Court for the**
**Southern District of Mississippi**

Defendant Lance A. Poirier ("Federal Defendant"), acting by and through the undersigned attorney, hereby gives notice of his removal of the civil action brought against him in the County Court of Forrest County, Mississippi, styled *State Farm Mutual Automobile Ins Co, as subrogee of Brown Rebecca vs. Lance A. Poirier* and numbered 18CO1:23-cv-676, and in support, states the following:

1. On June 2, 2023, Plaintiff State Farm Mutual Automobile Ins Co, as a subrogee of Brown Rebecca ("Plaintiff") filed a civil action against Federal Defendant in the County Court of Forrest County, Mississippi, styled *State Farm Mutual Automobile Ins Co, as subrogee of Brown Rebecca vs. Lance A. Poirier* and numbered 18CO1:23-cv-676.

2. The removed civil action purports to assert a claim against Federal Defendant for alleged negligence resulting in a motor vehicle accident. Specifically,

Plaintiff alleges that Federal Defendant, a task force officer with the United States Marshals Service, negligently caused a motor vehicle accident involving Plaintiff's insured and Federal Defendant. Plaintiff claims that, because of the accident, it was caused to pay damages pursuant to a contract of insurance. Plaintiff seeks a money judgment against Federal Defendant in the amount of $10,576.78, attorney's fees, costs of court, and any other relief deemed just.

3. Under the provisions of 28 U.S.C. §§ 1442(a)(1) and 1446, this action is removed to the United States District Court for the Southern District of Mississippi, Eastern Division, which is the Federal district court for the judicial district and division in which the state court action is pending.

4. Federal Defendant is entitled to removal under 28 U.S.C. § 1442(a)(1) because he is a task force officer with the United States Marshals Service, who was acting within the course and scope of his employment at the time of the alleged accident, and the charged conduct is connected or associated with acts performed under color of federal office. He also has a colorable federal defense of lack of subject-matter jurisdiction because the Federal Tort Claims Act ("FTCA") is the exclusive remedy for persons with claims for damages resulting from the alleged negligent acts of federal employees taken within the scope of their employment; and under the FTCA, the United States is the only proper defendant. *See* 28 U.S.C. § 2679(d).

5. Furthermore, Federal Defendant is entitled to removal under the Westfall

Act, 28 U.S.C. § 2679(d), because the United States Attorney for the Southern District of Mississippi, on July 13, 2023, certified that, at the time of the conduct alleged in the complaint, Federal Defendant was acting within the course and scope of his employment with the United States Marshals Service. Accordingly, the civil action pending against Federal Defendant in the state court is deemed to be an action against the United States under the FTCA, and the United States is substituted by operation of law as the party defendant with respect to any state law claims. *See* 28 U.S.C. § 2679(d).

6. This Notice of Removal is timely under 28 U.S.C. § 1446(b)(l) because it is filed within thirty (30) days after Federal Defendant received a copy of Plaintiff's state court complaint. Plaintiff has not properly served the Federal Defendant or the United States with the complaint.

7. Federal Defendant attaches to this Notice of Removal as Attachment 1 copies of the following papers served on Federal Defendant on June 17, 2023, which are all of the process, pleadings, and orders received by Federal Defendant prior to its removal of this action; and as Attachment 2 the Civil Cover Sheet. Federal Defendant further attaches the U.S. Attorney's Certification as Attachment 3.

8. Federal Defendant does not waive but specifically reserves all defenses available to him under Rules 12 and 19 of the Federal Rules of Civil Procedure.

9. Pursuant to 28 U.S.C. § 1446(d), Federal Defendant is filing this day a copy of this Notice of Removal via the Mississippi Electronic Courts filing system in

the state court action.

Dated: July 17, 2023 Respectfully submitted,

DARREN. J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

BY:  /s/ *Jessica Bourne Williams*
JESSICA BOURNE WILLIAMS
*Assistant United States Attorney*
Mississippi Bar No. 103922
501 E. Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 965-4480
Facsimile: (601) 965-4032
Email: Jessica.Williams3@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the Electronic Case Filing system (ECF). I certify that a true copy of the foregoing has been mailed via United States Mail, postage prepaid, to:

J. Paul Clinton
Stokes & Clinton, PC
1000 Downtowner Blvd.
P.O. Box 991801
Mobile, AL 36691
*Attorney for the Plaintiff*

Date: July 17, 2023

/s/ *Jessica Bourne Williams*
JESSICA BOURNE WILLIAMS
*Assistant United States Attorney*