IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| **STATE FARM MUTUAL AUTOMOBILE INS. CO.,** as subrogee of Brown Rebecca | § § § § § | **PLAINTIFF** |
| v. | § | Civil No. 2:23cv101-HSO-BWR |
| | § § § | |
| **UNITED STATES OF AMERICA** | § | **DEFENDANT** |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 17th day of October, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE